RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/8/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TELILOR METELUS,<br>       Petitioner<br><br>VERSUS<br><br>DAVID COLES, et al.,<br>       Respondents | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00328<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Before the court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by petitioner Telilor Metelus ("Metelus") on February 25, 2011. Metelus, a native and citizen of Cuba, contests his continued detention since July 26, 2010 by the Bureau of Customs and Immigration Enforcement ("BICE") pending his removal from the United States to Cuba or Haiti. At the time of filing his petition, Metelus was being detained in the LaSalle Detention Facility in Trout, Louisiana. The sole relief requested by Metelus is release from custody pending his removal, pursuant to Zadvydas v. Davis, 533 U.S. 678, 121 S.Ct. 2491 (2001).

On July 13, 2011, the respondent filed a motion to dismiss Metelus' petition (Doc. Item 10), showing through an affidavit by

Brian Gueringer, Assistant Field Director for the Department of Homeland Security, ICE, that Metelus was removed from the United States on July 12, 2011 (Doc. Item 10, Ex.). Since Metelus has been released and thus has achieved the sole relief requested in his habeas petition, Metelus' habeas petition has been rendered moot and should be dismissed.

## Conclusion

Based on the foregoing discussion, IT IS RECOMMENDED that Metelus' habeas petition be DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 2(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the District Judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See*

*Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Alexandria, Louisiana on the 5th day of August, 2011.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE