RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/29/11
BY____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TELILOR METELUS,<br>      Petitioner<br><br>VERSUS<br><br>DAVID COLES, et al.,<br>      Respondents | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00328<br><br><br>JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Metelus' Section 2241 habeas petition be DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of September, 2011.

                                                JAMES T. TRIMBLE, JR.
                                                UNITED STATES DISTRICT JUDGE